227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 86–6985 (A–3).  EVANS v. CABANA, ACTING COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, *ante*, p. 1033. Application for stay of execution of sentence of death, addressed to JUSTICE BRENNAN and referred to the Court, denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application. Petition for rehearing denied.

JULY 9, 1987

No. 86–2057.  JENNESS, TRUSTEE v. OFH, INC.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 53.

No. 86–793.  KANSAS CITY POWER & LIGHT CO. v. STATE CORPORATION COMMISSION OF KANSAS ET AL.  Sup. Ct. Kan. [Probable jurisdiction noted, 479 U. S. 1082.]  Appeal dismissed under this Court's Rule 53.

JULY 19, 1987

No. 87–5130 (A–56).  CELESTINE v. BUTLER, WARDEN.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.